

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00103-CV

_____

IN RE FAMOUS WATER COMPANY, L.P., CRAZY BOTTLING COMPANY, LLC, SCOTT ELDER, CAROL ELDER, TROY HUSEMAN, KELLI HUSEMAN, JACK BRADSHAW, JANET BRADSHAW, TOM FIREOVED, AND MIKE MODANO, Relators

---

Original Proceeding
153rd District Court of Tarrant County, Texas
Trial Court No. 153-327718-21

---

Before Kerr, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus, real party in interest's response, and relators' reply to response and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered:  April 27, 2022